Louis Kalish, appellee, v. Continental Auto Insurance Association, appellant.

Assumpsit on insurance policy to recover for theft of automobile. Judgment for plaintiff. Appeal from the City Court of East St. Louis; the Hon. Silas Cook, Judge, presiding. Heard in this court at the March term, 1923. Affirmed. Opinion filed July 2, 1923.

Kramer, Kramer & Campbell and R. E. Costello, for appellant. L. V. Walcott and H. G. Baker, for appellee.

Mr. Justice Higbee delivered the opinion of the court.

---

Margaret O'Connell, appellee, v. H. J. Eckert Drug Company, appellant.

Forcible detainer. Directed verdict for plaintiff. Appeal from the City Court of East St. Louis; the Hon. Silas Cook, Judge, presiding. Heard in this court at the March term, 1923. Affirmed. Opinion filed July 2, 1923. Rehearing denied October 23, 1923.

Kramer, Kramer & Campbell and R. E. Costello, for appellant. Felsen & Kane, for appellee.

Mr. Justice Higbee delivered the opinion of the court.

---

Gladys L. Lemen, executrix of the last will and testament of Harry R. Lemen, deceased, appellee, v. James C. Davis, director general of railroads, as agent, operating the Chicago & Alton Railroad, appellant.

Action for death of husband resulting from collision between his automobile and train at a grade crossing. Judgment for wife for $8075.00. Appeal from the City Court of Alton; the Hon. L. D. Yager, Judge, presiding. Heard in this court at the March term, 1923. Affirmed. Opinion filed July 19, 1923.

C. E. Pope, for appellant; Silas H. Strawn, of counsel. Wm. P. Boynton, for appellee.

Mr. Justice Barry delivered the opinion of the court.